IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KEITH TITSWORTH,<br><br>                Defendant. | **8:25CR187**<br><br>**ORDER** |

       This matter is before the court on the motion of Assistant Federal Public Defender Kelly M. Steenbock and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Keith Titsworth. (Filing No. 35). Kelly M. Steenbock represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Kelly M. Steenbock's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 35) is granted.

       Joshua D. Barber, 300 North 44th Street, Suite 205, Lincoln, NE 68503, (402) 434-5429, is appointed to represent Keith Titsworth for the balance of these proceedings pursuant to the Criminal Justice Act. Kelly M. Steenbock shall forthwith provide Joshua D. Barber with the discovery materials provided the defendant by the government and such other materials obtained by Kelly M. Steenbock which are material to Keith Titsworth's defense.

       The clerk shall provide a copy of this order to Joshua D. Barber and the defendant.

       Dated this 17th day of September, 2025.

                                                                          BY THE COURT:

                                                                         s/ Ryan C. Carson<br>
                                                                         United States Magistrate Judge